# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. HART,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEGAN J. BRENNAN,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01581-LJO-EPG<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>(ECF No. 4) |

Sharon A. Hart ("Plaintiff"), proceeding *pro se* and *in forma* pauperis, commenced this action on November 16, 2018, by filing a Complaint alleging employment discrimination against Megan J. Brennan, the Postmaster General, Pacific Area, United States Postal Service. (ECF No. 1). On November 26, 2018, Plaintiff filed a motion for leave to file an amended complaint. (ECF No. 4).

Federal Rule of Civil Procedure 15(a)(1) provides: "A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

Here, the Complaint has not been served nor has a responsive pleading been served. In addition, Plaintiff has not previously amended her complaint. Thus, Plaintiff may file an amended complaint once as a matter of course.

Accordingly, the motion for leave to file an amended complaint, (ECF No. 4), is granted.

1

Plaintiff may file an amended complaint within thirty (30) days after service of this order. If Plaintiff fails to file an amended complaint within the thirty-day period, the Court will screen the Complaint in due course as required by 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated: **November 28, 2018**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE