UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. HART,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MEGAN J. BRENNAN,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-01581-LJO-EPG<br><br>**ORDER FINDING SERVICE OF THE AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN**<br><br>(ECF No. 6)<br><br>**THIRTY (30) DAY DEADLINE** |

Sharon A. Hart ("Plaintiff"), proceeding *pro se* and *in forma* pauperis, commenced this action on November 16, 2018, by filing a Complaint alleging employment discrimination based on sex and race, and retaliation against the United States Postal Service. (ECF No. 1). On December 27, 2018, Plaintiff filed an amended complaint (ECF No. 6), which is now before the Court for screening pursuant to 28 U.S.C. § 1915.

The Court has reviewed the amended complaint, and has determined that service of process is appropriate. Because Plaintiff is proceeding *in forma pauperis*, service of process will be affected by the United States Marshal Service. *See* Fed. R. Civ. P. 4(c)(3). Accordingly, the Court it is hereby ordered as follows:

1. Service is appropriate for the following defendant:

    a. **Megan J. Brennan, Postmaster General, United States Postal Service**;

1

2. The Clerk of the Court shall send Plaintiff a USM-285 form, a summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the amended complaint filed on December 27, 2018, (ECF No. 6);

3. Within thirty days after the date of this Order, Plaintiff must complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form; and

    c. Two (2) copies of the endorsed amended complaint;

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal Service to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated: **January 23, 2019**

/s/ *Erin P. Grosj*
UNITED STATES MAGISTRATE JUDGE