UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. HART,<br><br>    Plaintiff,<br><br>    v.<br><br>MEGAN J. BRENNAN<br><br>    Defendant. | Case No. 1:18-cv-01581-LJO-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF NO. 8) |

Sharon Hart ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Family Medical Leave Act, 29 U.S.C. § 2611, *et seq*.

On January 23, 2019, this Court entered an Order finding service of Plaintiff's First Amended Complaint appropriate and ordering that Plaintiff submit the necessary service documents to the Court. (ECF No. 7.) Plaintiff was given thirty days from the date of that Order to complete and submit necessary service documents. (*Id.*) Plaintiff did not submit the necessary documents or otherwise respond to the Court's Order. Accordingly, on March 15, 2019, the Court

1

issued an Order for Plaintiff to Show Cause why the case should not be dismissed for her failure to submit the necessary service documents or otherwise respond to the Court's Order. (ECF No. 8.)

On April 5, 2019, Plaintiff submitted the necessary service documents and responded to the Order to Show Cause. (ECF Nos. 10 & 11.) Plaintiff stated that she placed the service documents in the mail and was unsure why the documents did not reach the Court. She explained that she did not have the means to file the documents in person. (ECF No. 10.)

Because Plaintiff submitted the service documents within the deadline established by the Order to Show Cause, and because Plaintiff has otherwise shown good cause for her failure to comply with the Court's January 23, 2019 order, the Court will discharge the Order to Show Cause (ECF No. 8) and allow this matter to proceed.

Accordingly, based on the foregoing, IT IS ORDERED that the Order to Show Cause issued on March 15, 2019 (ECF. No. 8), is DISCHARGED.

IT IS SO ORDERED.

Dated: **April 23, 2019**     /s/ Erin P. Grosj

UNITED STATES MAGISTRATE JUDGE