# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. HART,<br><br>    Plaintiff,<br><br>  v.<br><br>MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POST OFFICE<br><br>    Defendants. | **Case No. 1:18-cv-01581-LJO-EPG**<br><br>**ORDER FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN TO THE COURT**<br><br>(ECF No. 14) |

Plaintiff, proceeding pro se and in forma pauperis, brings this Title VII employment discrimination case against Megan J. Brennan, presumably in her official capacity as the Postmaster General of the United States Post Office.

The Court previously screened Plaintiff's First Amended Complaint and found cognizable claims and forwarded service documents to Plaintiff to complete and return to the Court. (ECF No. 7.) However, upon further review, the Court finds that it did not request the appropriate documents from Plaintiff to allow the United States Marshall to properly affect service on a United States officer under Federal Rule of Civil Procedure 4(i).

Accordingly, the prior order forwarding service documents for Plaintiff to complete and return to the Court (ECF No. 7.) is VACATED, and the Court orders as follows:

1

1. Service is appropriate for the following defendant:

    **a. Megan J. Brennan, Postmaster General, United States Postal Service;**

2. The Clerk of Court shall send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the amended complaint filed on December 27, 2018, (ECF No. 6);

3. Within thirty days after the date of this Order, Plaintiff must complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Three completed summons (one for the federal officer being sued, one for the U.S. Attorney, and one for the United States Attorney General, see Federal Rule of Civil Procedure 4(i)(1-2));

    b. Three completed USM-285 forms (one for the federal officer being sued, one for the U.S. Attorney, and one for the United States Attorney General, see Federal Rule of Civil Procedure 4(i)(1-2)); and

    c. Four copies of the endorsed amended complaint.

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal Service to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

IT IS SO ORDERED.

Dated:   **May 15, 2019**        /s/ _Erin P. Gro___

                             UNITED STATES MAGISTRATE JUDGE