# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. HART, | Case No. 1:18-cv-01581-LJO-EPG |
| Plaintiff, | **ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS** |
| v. | |
| MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | |
| Defendants. | |

Plaintiff proceeds *pro se* in this Title VII employment action against the United States Postal Service. On January 23, 2019, this Court ordered that this case shall proceed against Megan J. Brenan, Postmaster General of the United States Postal Service in her official capacity. Therefore, the Court finds that the complaint is appropriate for service against that Defendant pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to forward the following documents to the U.S. Marshal for service on the United States and United States Postmaster General, Megan J. Brennan, in her official capacity:

    (1) One copy of the complete and authorized summons for Megan J. Brennan in her official capacity as Postmaster General of the United States Postal Service, one copy of the complete and authorized summons for the U.S. Attorney's Office for the Eastern District of California, and one copy of the complete and authorized summons for the United States Attorney General).

    (2) One copy of the completed USM-285 form for service on the United States Attorney's Office for the Eastern District of California; one copy of the completed USM-285 form for service on the Attorney General of the United States at Washington D.C., and one copy of the completed USM-form 285 for service on Megan J. Brennan in her official capacity as Postmaster General.

    (3) One copy of the complaint for service on the United States Attorney's Office for the Eastern District of California; one copy of the complaint for service on the Attorney General of the United States at Washington D.C., one copy of the complaint for service on Megan J. Brennan in her official capacity as Postmaster General, and one copy of the Complaint for the United States Marshal.

    (4) One copy of this order for service on the United States Attorney's Office for the Eastern District of California; one copy of this order for service on the Attorney General of the United States at Washington D.C., and one copy of this order for service on Megan J. Brennan in her official capacity as Postmaster General.

2. Within ten days of the date of this order, the United States Marshal is directed to notify the following Defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d):

      a. Megan J. Brennan in her official capacity as Postmaster General of the United States Postal Service.

3. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undeliverable as soon as they are received.

4. If a waiver of service is not returned by Defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall affect service as follows and pursuant to Federal Rule of Civil Procedure 4(i):

    (a) Deliver a copy of the summons, complaint, USM-285 form, and this order to the United States Attorney for the Eastern District of California;

    (b) Mail, via registered or certified mail, a copy of the summons, complaint, USM-285 form, and this order to the Attorney General of the United States at Washington D.C.; and

    (c) Mail, via registered or certified mail, a copy of the summons, complaint, USM-285 form, and this order to Megan J. Brennan in her official capacity as Postmaster General of the United States Postal Service.

5. If Defendant waives service, Defendant is required to return the signed waiver to the United States Marshal. The filing of an answer or a responsive motion does not relieve Defendant of this requirement, and the failure to return the signed waiver may subject a defendant to an order to pay the costs of service pursuant to Fed. R. Civ P. 4(d)(2).

IT IS SO ORDERED.

Dated: **June 12, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE