UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. HART, | Case No. 1:18-cv-01581-LJO-EPG |
| Plaintiff, | ORDER REASSIGNING CASE |
| v. | |
| MEGAN J. BRENNAN, | |
| Defendant. | |

On November 16, 2018, this action was filed in the United States District Court for the Eastern District of California, Fresno Division (ECF No. 1) and assigned to District Judge Lawrence J. O'Neill and the undersigned Magistrate Judge. Upon review, because Plaintiff appears to reside in Bakersfield, the Clerk of Court is directed to reassign this case to Magistrate Judge Jennifer L. Thurston, with new Case No. 1:18-cv-01581-LJO-JLT. All future documents shall bear the new Case No. 1:18-cv-01581-LJO-JLT.

IT IS SO ORDERED.

Dated: **September 24, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1