1  McGREGOR W. SCOTT
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2821
   Facsimile:  (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for the United States of America

10                   UNITED STATES DISTRICT COURT

11                 FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | SHARON A. HART,                        | NO.  1:18-CV-01581-NONE-JLT
14 |              Plaintiff,                | **STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES; AND** ~~PROPOSED~~ **ORDER**
15 | v.                                     |
16 | MEGAN BRENNAN,                         |
17 |              Defendant.                |

   The parties to the above-captioned case hereby stipulate to extend the discovery and motion deadlines as follows in light of the COVID-19 public health emergency (the parties <u>do not</u> seek to extend the date of the Final Pretrial Conference or the date of the Trial):

   Under the current Status (Pretrial Scheduling) Order, the pertinent discovery and motion deadlines are as follows:

   Disclosure of Experts and Reports:                August 31, 2020

   Disclosure of Rebuttal Expert Reports:            September 30, 2020

   Fact Discovery Cut-Off:                           August 13, 2020

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES

| | |
|---|---|
| Expert Discovery Cut-Off: | October 30, 2020 |
| Non-Dispositive Pre-Trial Motions Filed By: | November 16, 2020 |
| Non-Dispositive Pre-Trial Motions Heard By: | December 14, 2020 |
| Dispositive Motions Filed By: | January 12, 2021 |
| Dispositive Motions Heard By: | February 23, 2021 |

The current national health crisis related to the coronavirus has made litigation of this case, including the scheduling depositions, extremely difficult if not impossible, particularly in cases such as this one involving a pro se plaintiff.  California currently is under a state-wide stay-at-home order, and it is not known when that order will be lifted.  In light of this unprecedented situation, which will be of unknown duration, the parties submit that good cause exists to modify the schedule.

Based on the information currently available, the parties stipulate and respectfully request that the Court modify the discovery and motion deadlines as follows:

| | |
|---|---|
| Disclosure of Experts and Reports: | October 9, 2020 |
| Disclosure of Rebuttal Expert Reports: | October 30, 2020 |
| Fact Discovery Cut-Off: | September 25, 2020 |
| Expert Discovery Cut-Off: | November 27, 2020 |
| Non-Dispositive Pre-Trial Motions Filed By: | December 11, 2020 |
| Non-Dispositive Pre-Trial Motions Heard By: | January 8, 2021 |
| Dispositive Motions Filed By: | January 12, 2021 (same date as under the original schedule) |
| Dispositive Motions Heard By: | February 23, 2021 (same date as under the original schedule) |

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES

1  The parties <u>do not</u> request an extension of the date of the Final Pretrial Conference
2  (scheduled for April 20, 2021) or the date of the Trial (June 15, 2021).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 29, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|  | */s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for the United States |
| Dated: April 29, 2020 | /s/ Sharon A. Hart<br>SHARON A. HART |

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: __April 29, 2020__         __/s/ Jennifer L. Thurston__
                                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES

**CERTIFICATE OF SERVICE BY US MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on April 29, 2020 she served

**STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES; AND PROPOSED ORDER**

by placing a true and correct copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) listed below, which is/are the last known address(es), and by depositing said envelope in the United States mail at Sacramento, California.

**ADDRESS:**

Sharon A. Hart
P.O. Box 41644
Bakersfield , CA  93384

*/s/ Monica Lee*
MONICA LEE

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES