UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. HART,<br><br>                    Plaintiff,<br><br>v.<br><br>MEGAN BRENNAN,<br><br>                    Defendant. | Case No.: 1:18-CV-01581-NONE-JLT<br><br>**~~PROPOSED~~ ORDER TO EXTEND MOTION DEADLINES**<br>**(Doc. 31)** |

Based upon the information contained in the stipulation of the parties, the Court **ORDERS** the case schedule to be amended as follows:

Dispositive Motions Filed By:                                          January 29, 2021

Dispositive Motions Heard By:                                        March 5, 2021

IT IS SO ORDERED.

Dated:    **December 22, 2020**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE