PHILLIP A. TALBERT
Acting United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SHARON A. HART,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LOUIS DEJOY,<br><br>　　　　　　　　Defendant. | No. 1:18-CV-01581-NONE-JLT<br><br>**UNITED STATES POSTMASTER GENERAL'S REQUEST TO VACATE THE PRETRIAL CONFERENCE AND TRIAL DATE; AND PROPOSED ORDER** |
|---|---|

　　　　In light of the fact that the ongoing public health crisis has necessitated closure to the public of all courthouses in this district until further notice (General Order No. 618), and because of the pending motion for summary judgment which remains under submission, the United States Postmaster General hereby asks the Court to vacate the pretrial conference (currently scheduled for April 20, 20201) and the trial date (currently scheduled for June 15, 2021).  The Postmaster General further asks the Court to set a status conference in late Summer/early Fall to re-set a pretrial conference and trial date if necessary.[1]

---

[1] The parties have met and conferred and Plaintiff does not wish to vacate the pretrial conference and trial date.

POSTMASTER GENERAL'S REQUEST TO VACATE PRETRIAL CONFERENCE AND TRIAL DATE; AND PROPOSED ORDER

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 10, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|   | */s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for the United States |

**ORDER**

In light of the fact that the ongoing public health crisis has necessitated closure to the public of all courthouses in this district until further notice (General Order No. 618), and because of the Postmaster General's pending motion for summary judgment which remains under submission, the court hereby vacates the pretrial conference (currently scheduled for April 20, 20201) and the trial date (currently scheduled for June 15, 2021).  A status conference is set for October 14, 2021 at 9:30 a.m. in Courtroom 4 (NONE).  In the unlikely event that the pending motion is resolved substantially in advance of that date, the parties may contact Courtroom Deputy Irma Munoz at imunoz@caed.uscourts.gov to request that the status conference be advanced.

IT IS SO ORDERED.

Dated:  **March 12, 2021**　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

POSTMASTER GENERAL'S REQUEST TO VACATE PRETRIAL CONFERENCE AND TRIAL DATE; AND PROPOSED ORDER