IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON A. HART, | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:18-1581 |
| LOUIS DEJOY, | § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on August 13, 2024, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on August 13, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge